UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNE WEST | CIVIL ACTION NO.: 3:19-cv-0635 JCH |
| **Plaintiff,** | |
| v. | |
| ICON HEALTH & FITNESS, INC. | July 3, 2019 |
| **Defendants.** | |

**DEFENDANT'S THIRD CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR MOTION ADDRESSED TO THE PLAINTIFF'S COMPLAINT AND PLAINTIFF'S FIRST CONSENTED TO MOTION TO EXTEND THE TIME FOR HER TO ACCEPT THE DEFENDANT'S OFFER OF COMPROMISE**

The parties, by and through their undersigned counsel, hereby jointly move this Court for a final brief extension of time for the Defendant, ICON Health & Fitness, Inc. ("ICON"), to respond to the Complaint and for the Plaintiff, Anne West ("West"), to respond to ICON's Offer of Judgment.  As of today, July 3, 2019, the parties have reached a settlement agreement in principle, but respectfully request one (1) additional week to finalize the terms of their agreement.  Accordingly, and in light of the holiday weekend, the parties propose the following revised deadlines:

- ICON may respond to the Complaint by Friday, July 12, 2019; and

- West may respond to Defendants' Offer of Judgment by Friday, July 12, 2019.

West further agrees that, in the interim, she will not seek a default judgment against ICON.

ICON notes the Court's order granting its second motion to extend the time for it to respond to West's complaint wherein it advised that the extension to July 3, 2019 would be the last extension. However, based on the developments noted above, ICON asks the Court's forbearance for this final extension.

           DEFENDANT,
           ICON HEALTH & FITNESS, INC.

       By: /S/ Christopher J. Lynch (ct07308)
           Christopher J. Lynch, Esq.(ct07308)
           Ryan Ryan Deluca LLP
           CityPlace II
           185 Asylum Street, 6th Floor
           Hartford, CT 06103
           Phone:  860-785-5025
           Fax: 860-785-5040
           cjlynch@ryandelucalaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                  /S/ Christopher J. Lynch (ct07308)
                 Christopher J. Lynch, Esq.